

**Preface:**
In regards the sheriff civil law authority, was usurped with no constitutional authority
it is not even LAW, we live in a [POLICE STATE]

143rd Delaware General Assembly [Senate and House] is liable. for not passing a Law
which overides the Janr Brady's unconstitutional edict
[A decree or proclamation issued by an authority and having the force of law]

THERE IS NO LAW

06 - 435

Page 1

IN THE FEDERAL DISTRICT COURT OF THE

THIRD DISTRICT WILMINGTON DELAWARE

Joseph and Olga D'Alessandro Pro-Se & Pro-Socia
23136 Prince George Drive
Lewes Delaware 19958

**Plantiffs**



CIVIL DOCKET VERIFIED COMPLAINT
DEMAND A JURY TRIAL [SEVENTH AMENDMENT]

The State of Delaware
and 143rd Delaware General Assembly [Senate and House]
all State Legislators
in there official capacity and individual capacity.

143rd Delaware General Assembly [Senate and House] is liable for not acting according to

the United States Constitution and The Delaware State Constitution and The Law of The Land

"The 1878 Posse Comitatus Act"

The sheriff of sussex county was usurped of his civil common-law authority.

**Defendants**

<u>JURISDICTION</u>

TITLE 28 > PART IV > CHAPTER 85 > § 1331  Prev | Next

1331. Federal question

The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.

## COMPLAINT

143rd Delaware General Assembly [Senate and House] is liable for not acting according to the United States Constitution and The Delaware State Constitution and The Law of The Land "The 1878 Posse Comitatus Act"

The sheriff of sussex county was usurped of his civil common-law authority.

and replaced with a [POLICE STATE].

Two Delaware State police officers [Lewes Barracks] enterd my home illegally,

they violated [OUR] United States Constitution. And Ninth and Fourthteenth Amendments.

The Delaware State Police have no jurisdiction in civil matters the Sussex County

sheriff's common-law authority voids, and moots any attempt by the Delaware State police to

intervene in civil matters.

The Delaware State Legislaters passed and illegal law overriding the National Law Of The Land

The Posse Comitatus Act of 1878 which till this moment has not been amended.

"Substantive Due Process" is the fundamental constitutional legal theory upon which the Griswold/Roe/Casey privacy right is based. The doctrine of Substantive Due Process holds that the Due Process Clause not only requires "due process," that is, basic procedural rights, but that it also protects basic substantive rights. "Substantive" rights are those general rights that reserve to the individual the power to possess or to do certain things, despite the government's desire to the contrary. These are rights like freedom of speech and religion. "Procedural" rights are special rights that, instead, dictate how the government can lawfully go about taking away a person's freedom or property or life, when the law otherwise gives them the power to do

"Substantive Due Process" is the fundamental constitutional legal theory upon which the Griswold/Roe/Casey privacy right is based. The doctrine of Substantive Due Process holds that the Due Process Clause not only requires "due process," that is, basic procedural rights, but that it also protects basic substantive rights. "Substantive" rights are those general rights that reserve to the individual the power to possess or to do certain things, despite the government's desire to the contrary. These are rights like freedom of speech and religion. "Procedural" rights are special rights that, instead, dictate how the government can lawfully go about taking away a person's freedom or property or life, when the law

otherwise gives them the power to do so.

[point of fact]
If the Federal Government and/or State Government pass a law if the Law violates OUR United States Constitution the law is void, moot and frivilous.

The Sussex county sheriff has full common-civil law authority in sussex county not the Delaware State Police. The sheriff can request help from the Delaware State Police, that is it.

THE LAW.
What in the world does "Posse Comitatus" mean? How does it affect ordinary citizens?

Posse comitatus is Latin for "power of the county." The term refers to a sheriff's common-law authority to arrange citizens into a posse in order to enforce laws. It appeared in English law in the 1400s after a riot that took place.

This Act of 1878 needs to be amended by The United States Congress for Delaware Law to be legal.

Futhermore one of the officers took vitamins that were in a bowl, my wife takes, daily assuming they where drugs.

My Wife Olga is under the care at this very moment by a Psychologist, and Psychiatrist, and takes adavan, and cymbalta.

Futhermore I would of been in my legal rights to protect my home from the Delaware State police illegal entry.

You need to change this illegal law [NOT EVEN A LAW] ASAP [NOW] because there is some crazy out there ????????????

NOTE [Not Me] who will push the envelope.

PRAYER FOR RELIEF

[a] punitive damages
[b] treble damages

   THE ABOVE IS TRUE UNDER PENALTY OF PERJURY

**Joseph & Olga D'Alessandro**
23136 Prince George Drive
Lewes, Delaware 19958-9342

302 945 1554

*[signature: Joseph L. D'Alessandro]*





Joseph D'Alessandro & Olga D'Alessandro
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342

U.S. District Court
844 N. King Street
Lockbox 18
Wilmington, DE 19801