IN THE UNITED STATES DISTRICT COURT FOR THE THIRD

DISTRICT OF DELAWARE

Thursday, July 13, 2006

Joseph and Olga D'Alessandro Pro-Se & Pro-Socia
23136 Prince George Drive
Lewes Delaware 19958

06-435

Plantiffs

CIVIL DOCKET VERIFIED COMPLAINT
DEMAND A JURY TRIAL [SEVENTH AMENDMENT]

The State of Delaware
and 143rd Delaware General Assembly [Senate and House]
all State Legislators
in there official capacity and individual capacity.

PLANTIFFS MOTION TO PROCEED IN FORMA PAUPERIS AS PER PLANTIFFS

FIRST AMENDMENT TO OUR UNITED STATES CONSTITUTION

AS THE FEDERAL COURTS ARE A FEDERAL GOVERNMENT AGENCY UNDER

THE CONTROL OF OUR UNITED STATES CONGRESS

PLANTIFFS REQUEST THAT FILING FEES BE WAIVED BOTH PLANTIFFS ARE ON

SOCIAL SECURITY DISABILITY FIXED INCOME.

Signed
Thursday, July 13, 2006

Mr.& Mrs. Joseph D'Alessandro
23136 Prince George Drive
Lewes, Delaware 19958-9342
(303)-945-1554

FILED
JUL 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned