Thursday, July 20, 2006 Dear Clerks

this needs to be cahnged

You made a mistake the **Sheriff of Sussex County** - is not a defandant He is a VICTIM.

From Joseph D'Alessandro

U.S. District Court
District of Delaware (Wilmington)
CIVIL DOCKET FOR CASE #: 1:06-cv-00435-UNA

D'Alessandro v. State of Delaware et al
Assigned to: Unassigned Judge
Related Cases:    1:05-cv-00496-GMS
    1:05-cv-00545-GMS
    1:05-cv-00546-GMS
    1:06-cv-00212-GMS
    1:06-cv-00232-KAJ
Cause: 42:1983 Civil Rights Act
Date Filed: 07/14/2006
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question
Plaintiff
Joseph L. D'Alessandro  represented by    Joseph L. D'Alessandro
Joseph L. D'Alessandro, Pro se
23136 Prince George Drive
Angola Estates
Lewes, DE 19958-9342
(302) 945-1554
PRO SE



FILED
JUL 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

V.
Defendant
State of Delaware
Defendant
143rd Delaware General Assembly
[Senate and House] all State Legislators in there official and individual capacity

**Defendant**
**Sheriff of Sussex County**

**Date Filed**

**#**

**Docket Text**
07/14/2006   1    COMPLAINT filed Pro Se with Jury Demand against State of Delaware, 143rd Delaware General Assembly, Sheriff of Sussex County - filed by Joseph L. D'Alessandro.(mwm, ) (Entered: 07/18/2006)
07/14/2006   2    Notice of Availability of a U.S. Magistrate Judge to Exercise Jurisdiction (mwm, ) (Entered: 07/18/2006)
07/17/2006   3    MOTION for Leave to Proceed in forma pauperis - filed by Joseph L. D'Alessandro. (mwm, ) (Entered: 07/18/2006)
07/17/2006   4    AMENDED COMPLAINT against State of Delaware, 143rd Delaware General Assembly, Sheriff of Sussex County- filed by Joseph L. D'Alessandro.(mwm, ) (Entered: 07/18/2006)

Joseph D'Alessandro & Olga D'Alessandro
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342

WILMINGTON DE 197
20 JUL 2006 PM 3

Peter T. Dalleo, Clerk of Court
U.S. District Court, District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE 19801