IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Joseph L. D'Alessandro, <br> Olga D'Alessandro, <br><br> Plaintiffs, <br><br> v. <br><br> State of Delaware, <br> 143rd Delaware General <br> Assembly, and Sheriff of <br> Sussex County, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 06-435 GMS |

**ORDER**

The plaintiffs, Joseph L. D'Alessandro and Olga D'Alessandro, <u>pro se</u> litigants, have filed this action together with a request that they be permitted to proceed in forma pauperis. The motion (D.I. #3) does not include specific financial information regarding the plaintiffs.

At Wilmington this 27th day of July, 2006, IT IS ORDERED that:

1. Each plaintiff shall complete and submit an application to proceed without prepayment of fees.

2. Failure to return the requested information within 30 days from the date this order is sent shall result in dismissal of this action without prejudice.

United States District Judge