IN THE FEDERAL DISTRICT COURT OF THE

THIRD DISTRICT WILMINGTON DELAWARE

Joseph and Olga D'Alessandro Pro-Se & Pro-Socia
23136 Prince George Drive
Lewes Delaware 19958

Plantiffs

CIVIL DOCKET VERIFIED COMPLAINT 1:06-cv-00435-GMS
DEMAND A JURY TRIAL [SEVENTH AMENDMENT]

The State of Delaware
and 143rd Delaware General Assembly [Senate and House]
all State Legislators
in there official capacity and individual capacity.

**This is a open and shut case Defendants have no defense.**
**I have a Right to a Hearing to present case and prima facie evidence, Judge do not USURP MY RIGHTS**

# EXHIBIT [B]

This is a open and shut case Defendants have no defense.
No one is above the LAW.

## Who is bound by the Constitution and laws of the legislature

  This constitution, and the laws of the united states which shall be made in pursuance thereof, , and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land : and the judges, in every state, shall be bound thereby, anything in the constitution or laws of any state to the contrary notwithstanding.
  The senators and representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the united states and of the several states shall be bound, by oath or affirmation to support this constitution; but no religious test shall ever be required as a qualification to any office or public trust under the united states. --U.S. Constitution Article VI Section 2 & 3

This means all State and Federal Judges are bound First to The United States Constituion, then second there own State Constitution. Legislature can procedurally pass laws but if there unconstitutional there void and moot.

## Delaware Oath of Office

§1. Article XIV. Oath of Office Form of oath for members of General Assembly and public officers. Members of the General Assembly and all public officers executive and judicial, except such inferior officers as shall be by law exempted, shall, before they enter upon the duties of their respected offices, take and subscribe the following oath or affirmation:

"I, _____.do proudly swear (or affirm) to carry out the responsibilities of the office of _____ to the best of my ability, freely acknowledging that the powers of this office flow from the people I am privileged to represent. I further swear (or affirm) always to place the public interest above any special or personal interests, and to respect the right of future generations to share the rich historic and natural heritage of Delaware. In doing so I will always uphold and defend the <u>Constitutions of my Country and my State, so help me God.</u>"

No other oath, declaration or test shall be required as a qualification for any office of public trust.

The Judge who ruled against Sheriff Reed needs to be IMPEACHED and JAILED FOR TREASON.

TREASON
Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the Supreme Law of the Land. The judge is engaged in acts of treason.

Having taken at least two, if not three, oaths of office to support the Constitution of the United States, and the Constitution of the State of Delaware

, any judge who has acted in violation of the Constitution is engaged in an act or acts of treason (see below).

If a judge does not fully comply with the Constitution, then his orders are void, In re Sawyer, 124 U.S. 200 (1888), he/she is without jurisdiction, and he/she has engaged in an act or acts of treason.

Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of treason. U.S. v. Will, 449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821)

In regards the sheriff civil law authority, was usurped with no constitutional authority
it is not even LAW, we live in a [POLICE STATE]

143rd Delaware General Assembly [Senate and House] is liable. for not passing a Law
which overides the Jane Brady's unconstitutional edict
[A decree or proclamation issued by an authority and having the force of law]

<u>THERE IS NO LAW</u>

You have violated The United States and The State of Delaware Constitution
I will amend lawsuit after precedural rulings by the Judge.
To include Treason and Mis-Prison of a Felony. Your Usurping of The sheriffs and my Constitutional rights are treason

I want Smokey Back NOW Wednesday, July 12, 2006

ARTICLE. XV MISCELLANEOUS

§ 1. Conservators of the peace.

**Section 1. The Chancellor, Judges and Attorney-General shall be conservators of the peace throughout the State; and the <u>Sheriffs shall be conservators of the peace within the counties respectively in which they reside.</u>**

§ 2. Receipt for fees.

Section 2. No public officer shall receive any fees without giving to the person paying the same a receipt therefor, if required, therein specifying every item and charge.

§ 3. Costs on bill returned ignoramus or on acquittal.

Section 3. No costs shall be paid by a person accused, on a bill returned ignoramus, nor on acquittal.

§ 4. Extension of term of public officer; diminution of salary or emoluments.

Section 4. No law shall extend the term of any public officer or diminish the salary or emoluments after his or her election or appointment. The term "salary or emoluments" as used herein refers to the actual salary or emoluments being provided an officer at any time during his or her tenure in office and shall not be construed to mean increases in salary or emoluments scheduled by statute for a future date and not yet received by the officer.

§ 5. Officers to hold office until successors qualify.

Section 5. All public officers shall hold their respective offices until their successors shall be duly qualified, except in cases herein otherwise provided.

§ 6. Behavior of officers; removal for misbehavior or infamous crime.

Section 6. All public officers shall hold their offices on condition that they behave themselves well. The Governor shall remove from office any public officer convicted of misbehavior in office or of any infamous crime.

§ 7. Offenses excepted from prohibition against prosecuting by information and jury trial.

Section 7. The matters within Section 30 of Article IV and Sections 7 and 8 of Article V are excepted from the provision of the Constitution that "No person shall for any indictable offense be proceeded against criminally by information," and also from the provisions of the Constitution concerning trial by jury.

§ 8. Interest of member or officer of department in contracts for supplies or services of department prohibited.

Section 8. No member or officer of any department of the government shall be in any way interested in any contract for the furnishing of stationery, printing, paper and fuel used in the legislative and other departments of government; or for the printing, binding and distributing of the laws, journals, official reports, and all other printing and binding, and the repairing and furnishing the halls and rooms used for the meetings of the General Assembly and its committees, when such contract is awarded to or by any such member, officer or department.

# § 9. Prefixing Constitution to codification of laws.

Section 9. This Constitution shall be prefixed to every codification of the Laws of this State.

**§ 10. Disqualification to hold office by reason of sex.**

**Section 10.** No citizen of the State of Delaware shall be disqualified to hold and enjoy any office, or public trust, under the laws of this State, by reason of sex.



Case 1:06-cv-00435-GMS    Document 7    Filed 07/28/2006    Page 5 of 7

# EXHIBIT [B]

I voted for the Sheriff I am under his Jurisdiction [Civil Common Law] not a police State

Judge do take away the VOICE of The PEOPLE.

The Sussex County Sheriff Robert Reed took Office in 1998 and a major need for more and better police protection has come about with an exploding population. Sheriff Reed has met opposition to the extent that the Attorney General has told the Sheriff that he is NOT law enforcement despite the state's constitution stating that he is the conservator of the peace in the county in which he resides(elected). We are fighting this as Brady has attempted two times, 2002 and current, to abolish the Office of Sheriff altogether. Reed won a re-election by a landslide, so we have the support, but we need help in fighting this in our courts.

§1. Article XIV. Oath of Office Form of oath for members of General Assembly and public officers. Members of the General Assembly and all public officers executive and judicial, except such inferior officers as shall be by law exempted, shall, before they enter upon the duties of their respected offices, take and subscribe the following oath or affirmation:

"I, _____.do proudly swear (or affirm) to carry out the responsibilities of the office of _____ to the best of my ability, freely acknowledging that the powers of this office flow from the people I am privileged to represent. I further swear (or affirm) always to place the public interest above any special or personal interests, and to respect the right of future generations to share the rich historic and natural heritage of Delaware. In doing so I will always uphold and defend the Constitutions of my Country and my State, so help me God."

No other oath, declaration or test shall be required as a qualification for any office of public trust.

*[signature]*

Joseph D'Alessandro
23136 Prince George Drive, Angola Estates
Lewes, Delaware 19958-9342

Chief Court Clerk, U.S. District Court Of Delaware
Mr. Peter Dalleo
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801