v.          Civil Docket No. **1:06-cv-00435-GMS**
            VERIFIED COMPLAINT DEMAND A JURY TRIAL (seventh amendment)

UNITED STATES OF AMERICA
(throught the federal judicial courts)
            and
Judge Kent A. Jordan in his official capacity as a Federal Judge
            and
in His individual capacity.

defendants

# PLANTIFF MOTION FOR LEAVE TO PROCEED IN

# FORMA PAUPERIS AS PER PLANTIFFS FIRST AMENDMENT TO OUR

# UNITED STATES CONSTITUTION THE FEDERAL COURTS ARE A

# FEDERAL GOVERNMENT AGENCY UNDER THE CONTROL OF OUR

# UNITED STATES CONGRESS

# PLANTIFF REQUEST

That filing fees be waived under a declaration of Oath for lack of funds.

Plantiff is living on fixed incomes and on social security disability.

and can not afford the filing fee.

Wednesday, August 09, 2006

            signed,

Joseph D'Alessandro
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342
phone (302)-945-1554

AO 240 (Rev. 10/03)
DELAWARE (Rev. 5/06)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Joseph L. D'Alessandro
_____
Plaintiff

v.

State of Delaware
_____
Defendant(s)

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER:

I, Joseph L. D'Alessandro _____ declare that I am the (check appropriate box)

☑ Petitioner/Plaintiff/Movant    ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☐ No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration _____

   **Inmate Identification Number (Required):** _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   *Attach a ledger sheet from the institution of your incarceration detailing all transactions over the past six months.*

2. Are you currently employed?    ☐ Yes    ☐ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
   | d. | (Disability) or workers compensation payments | ☑ Yes | ☐ No |
   | e. | Gifts or inheritances | ☐ Yes | ☐ No |
   | f. | Any other sources | ☐ Yes | ☐ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev 5/06)

4.  Do you have any cash o(checking o)r savings accounts?    ☑ Yes    ☐ No

If "Yes" state the total amount $ 400.00

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☑ Yes    ☐ No

If "Yes" describe the property and state its value.

Trailer - $30,000.00
Car - $2,000.00

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state (NONE) if applicable.

I declare under penalty of perjury that the above information is true and correct.

8/23/06                Joseph 2O Alexander
DATE                   SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Joseph L. D'Alessandro, Olga D'Alessandro, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 06-435 GMS ) |
| State of Delaware, 143rd Delaware General Assembly, and Sheriff of Sussex County, | ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

The plaintiffs, Joseph L. D'Alessandro and Olga D'Alessandro, pro se litigants, have filed this action together with a request that they be permitted to proceed in forma pauperis. The motion (D.I. #3) does not include specific financial information regarding the plaintiffs.

At Wilmington this 27th day of July, 2006, IT IS ORDERED that:

1. Each plaintiff shall complete and submit an application to proceed without prepayment of fees.

2. Failure to return the requested information within 30 days from the date this order is sent shall result in dismissal of this action without prejudice.

United States District Judge