Tuesday, August 15, 2006

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 AUG 30  AM 10: 01

1:06-cv-00435-GMS D'Alessandro v. State of Delaware et al
Gregory M. Sleet, presiding
Date filed: 07/14/2006 Date of last filing: 07/28/2006

MOTION BY PLANTIFF JOSEPH D'ALESSANDRO TO HAVE MRS. OLGA D'ALESSANDRO PLANTIFF IN SAID CASE REMOVED. DUE TO PSYCHOLOGICAL AND PHYSICAL INJURY MRS. OLGA D'ALESSANDRO IS ON SOCIAL SECURITY DISABILITY AND UNDER THE CARE OF MEDICAL PROFESSIONALS A PSYCHIATRIST AND PSYCHOLOGIST.

MOTION BY JOSEPH D'ALESSANDRO BY AUTHORITY OF POWER OF ATTORNEY

THE THUGS IN THE THIRD CIRCUIT DENIED JOSEPH D'ALESSANDRO [power of attorney]

AND FUTHERMORE THE THUGS IN THE THIRD CIRCUIT DENIED JOSEPH D'ALESSANDRO FRCP. 17 NEXT OF FRIEND. AND FUTHERMORE THE THUGS IN THE THIRD CIRCUIT DENIED

JOSEPH D'ALESSANDRO HIS RIGHTS UNDER DELAWARE LAW AND THE LAW OF THE LAND

HIS 39 YEARS OF MARRIAGE TO OLGA HIS WIFE FOR LIFE PER A VOW TO YHWH GOD.

**LAW power of attorney**
a written document signed by a person giving another person the power to act in conducting the signer's business, including signing papers, checks, title documents, contracts, handling bank accounts and other activities in the name of the person granting the power. The person receiving the power of attorney (the agent) is "attorney in fact" for the person giving the power, and usually signs documents as "Melinda Hubbard, attorney in fact for Guilda Giver." attorney. General power of attorney, which covers all activities.

Joseph D'Alessandro
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342

*[signature: Joseph L. D'Alessandro]*