IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH L. D'ALESSANDRO and<br>OLGA D'ALESSANDRO,<br><br>      Plaintiffs,<br><br>v.<br><br>STATE OF DELAWARE, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-435-GMS<br>)<br>)<br>)<br>) |

**ORDER**

On July 27, 2006, the plaintiffs were ordered, within thirty days from the date of the order, to file with the court a complete Application to Proceed without Prepayment of Fees and Affidavit and return the application or face dismissal. (D.I. 6.) Joseph D'Alessandro timely filed the Application to Proceed without Prepayment of Fees and Affidavit, and it indicates that he receives disability or workers compensation payments. (D.I. 8.) The form requires the applicant to describe the source of money, the amount received and what Joseph D'Alessandro expects he will continue to receive. Joseph D'Alessandro did not provide this information.

Olga D'Alessandro did not comply with the court's order as she did not submit an Application to Proceed without Prepayment of Fees and Affidavit.

IT IS THEREFORE ORDERED THAT:

1.    Joseph D'Alessandro shall, within twenty-one days from the date of this order, either: (1) submit a **complete** Application to Proceed without Prepayment of Fees and Affidavit and return the application, or (2) pay in full the $350.00 filing fee.

2.    Olga D'Alessandro is dismissed as a plaintiff in this action for failure to submit an

Application to Proceed without Prepayment of Fees and Affidavit as ordered by the court.

3. The motion to dismiss plaintiff Olga D'Alessandro (D.I. 9) filed by Joseph D'Alessandro is DENIED as moot. Joseph D'Alessandro is not an attorney. He is placed on notice that future filings by him on behalf of others will be stricken and not considered.

**Failure to timely comply with this order shall result in the dismissal without prejudice of the plaintiff, Joseph D'Alessandro. No extensions will be allowed.**



UNITED STATES DISTRICT JUDGE

September 29, 2006
Wilmington, Delaware

FILED
SEP 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE