Wednesday, October 04, 2006

## Mr. Sleet Learn the Law You foolish stupid PHONY Judge.

## Pro-Se & Pro-Socia Rights

Sherar v. Cullen, 481 F. 2d 946 (1973)
there can be no sanction or penalty imposed upon one because of his exercise of Constitutional Rights."

Schware v. Board of Examiners, United State Reports 353 U.S. pages 238, 239.
The practice of law cannot be licensed by any state/State."

Sims v. Aherns, 271 SW 720 (1925)
The practice of law is an occupation of common right."

Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar, 377 U.S. 1; v. Wainwright, 372 U.S. 335; Argersinger v. Hamlin, Sheriff 407 U.S. 425

   Litigants can be assisted by unlicensed laymen during judicial proceedings.
Conley v. Gibson, 355 U.S. 41 at 48 (1957)

*Joseph D'Alessandro*

[signature]

FILED
OCT -5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Wednesday, October 04, 2006

MR. SLEET THIS IS THE SECOND TIME I SUBMITTED THIS TO YOU,
You Keep Doing This.

I have A Legal & Civil Right To A Hearing, Do Not SCREW ME AS BEFORE.

YOU BUMS DESTROYED A FAMILY [FAMILY] Etc. Grand Children Etc.
PS:
The Lawsuit aganist the Thugs including you is not over yet as you think.
Suits Will Follow Soon.
By any group of persons closely related by blood, as parents, children, uncles, aunts, and cousins.

I do not respect THUGS there BUMS & COWARDS

*Joseph D'Alessandro* [VICTIM]

Copy:
Mrs. Sue . Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

*You BUMS destroy Families why Because you Do Not Know God's Law's.*

*Joseph L. D'Alessandro*



WILMINGTON DE 19
04 OCT 2006 PM 2

Joseph L. D'Alessandro, Pro se
Olga D'Alessandro, Pro Se
23136 Prince George Drive
Angola Estates
Lewes, DE 19958-9342

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

19801+3570