IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOSEPH L. D'ALESSANDRO,  )
       )
    Plaintiff,  )
       )
    v.  ) Civ. No. 06-435 GMS
       )
STATE OF DELAWARE,  )
143RD DELAWARE GENERAL  )
ASSEMBLY  )
       )
    Defendants.  )

**ORDER**

At Wilmington this 17th day of Oct., 2005, the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge



FILED
OCT 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE