Honorable Judge Sleet.                Friday, 27 October, 2006

Do I need to serve summons under, In Forma Pauperis.
Or does the Clerk do that.

1:06-cv-00212-GMS        D'Alessandro et al v. American Civil Liberties Union et al        filed 09/28/06
1:06-cv-00435-GMS  D'Alessandro v. State of Delaware et al    filed 10/17/06
1:06-cv-00548-GMS

God Bless

Joseph D'Alessandro
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342

*[signature]*



Olga D'Alessandro
23136 Prince George Drive
Lewes, DE 19958-5241

Chief Court Clerk, U.S. District Court Of Delaware
Mr. Peter Dalleo
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801



U.S.M.
X-RAY


