Honorable Judge Sleet.

I had a case under Our First Amendment. [ACLU]

1:06-cv-00212-GMS    D'Alessandro et al v. American Civil Liberties Union et al    filed 09/28/06   closed 11/09/06

]IIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIIII[

1:06-cv-00435-GMS    D'Alessandro v. State of Delaware et al    filed 10/17/06
1:06-cv-00548-GMS    D'Alessandro et al v. Progressive Northern Insurance Company
    filed 09/01/06

You ignored all my Rights under YHWH God and of Our Constitution anf of all stare decisis that help me to a fair outcome under YHWH God.

FILED
NOV 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Don't You fear God or do you fear man.

I can understand your fear of man, pray and used the Bible not tradition of men.

A jury would of awarded me the case, but it would of upset the, revelation of God.

We are part of Rev. 17:17
Rev 17:17 For God hath put in their hearts to fulfil his will, and to agree, and give their <u>kingdom unto the beast</u>, until the words of God shall be fulfilled.
[The United States is not exempt]
The United States is the founding father of legalized abortion, YHWH God knew every one of the murdered babies, over 50 million in US alone.[ Alcohol, Gambling, Homosexuals, etc. all legal.

Also do not think you are going away in a RAPTURE.
The true Greek Scriptures.
The Son of Perdition Revealed. The Coming of Our Ruler and King is Contingent Upon The Energy of Satan  [We have the Holy Spiriy]

Paul is teaching about the second advent of Yahuwah not Satan{Here iniquity [sin] is already working} Upon receiving Paul's "second" letter, the Thessalonians were now reminded of what he had personally told them before regarding the time when the Messiah would come and gather his believing remnant. Paul taught only what the Messiah himself had said. The Messiah and Paul tell us that the apostasy must come first and the lawless one must be revealed.  These two events were standing in the way of the Messiah's parousia. They were actually restraining  and delaying the coming of the day of YAHSHUA Messiah   When that person who is hindering the arrival of the Messiah finally makes his appearance, he will be revealed for who he is - "the lawless one." And then YAHSHUA Messiah   will come and destroy him by the splendor of his parousia.

The Restrainer is the ENERGY OF SATAN

{POWER & VIGOR} Satan only has energy
of the world YHWH RULES the world.
Satan only has energy until the second advent of YAHSHUA Messiah.

Here is a Scripture 2Th 2:7   For1063 the3588 mystery3466 of iniquity458 doth already2235 work:1754 only3440 he who now letteth2722, 737 will let, until2193 he be taken1096 out of1537 the way.3319[PRI TRIB RAPTURE FALSE DOCTRINE]
which is just the opposite of the original Greek Text by Paul.

   [NOTHING TAKING OUT HERE]

Lexicon / Concordance for 2Th 2:7

The Greek Manuscripts original scripture By Paul
{OVER} 22,0000 thousand profound errors by the King James SCRIBES caused by ignorants, Lacking education or knowledge, weakness and FEAR.

The Greek Manuscripts original scripture By Paul
2:7
For the mystery of iniquity [sin] is already working,
but the one restraining him will continue to restrain him until he is made to appear in the midst.   [NOTHING TAKEN OUT]

Read below the Greek real meaning of the words
he be taken1096 out of1537 the way.3319

An Appropriate Translation of 2 Thessalonians 2:6-8a

2:6 And now you know what is delaying the day of YAHSHUA Messiah, so that He might be revealed in His time[Who YAHSHUA Messiah]. 2:7 For the mystery of lawlessness is already at work. He who delays the day of YAHSHUA Messiah, does so only now, until he arrives from our midst, 2:8 and then he will be revealed for who he is - "the Lawless One" - whom Yahuwah Yahusha' will slay with the breath of His mouth, and destroy by the splendor of His coming.

English    Strong's    Greek (Root form)    Tense
          (Click on any item below for Concordance)    (Click)
For        [1063]    gar
the mystery    Click to do Phrase Search on 'the mystery'    [3466]    musterion
of iniquity    Click to do Phrase Search on 'of iniquity'    [458]    anomia
doth       [1754]English translation is in 2 or more portions    energeo
already    [2235]    ede
work:      [1754]English translation is in 2 or more portions    energeo    5731: Present Middle Indicative
only       [3440]    monon
he who now    Click to do Phrase Search on 'he who now'    [737]    arti
letteth    [2722]    katecho    5723: Present Active Participle

[will let], until   Click to do Phrase Search on '[will let], until'   [2193]   heos
he be taken   Click to do Phrase Search on 'he be taken'   [1096]   ginomai   5638: Second Aorist Middle Deponent Subjunctive
out of   Click to do Phrase Search on 'out of'   [1537]   ek
the way.   Click to do Phrase Search on 'the way'   [3319]   mesos

Greek for 1096 he be taken
Pronunciation Guide
ginomai {ghin'-om-ahee}
TDNT Reference   Root Word
TDNT - 1:681,117   a prolongation and middle voice form of a primary verb
Part of Speech
v
Outline of Biblical Usage
1) to become, i.e. to come into existence, begin to be, receive being
2) to become, i.e. to come to pass, happen
a) of events
3) to arise, appear in history, come upon the stage
a) of men appearing in public
4) to be made, finished
a) of miracles, to be performed, wrought
5) to become, be made

   Greek for 1537 out of
Pronunciation Guide
ek {ek} or ex {ex}
TDNT Reference   Root Word
Not Available   a primary preposition denoting origin (the point whence action or motion proceeds), from, out (of place, time, or cause; literal or figurative
Part of Speech
prep
Outline of Biblical Usage
1) out of, from, by, away from

Greek for 3319   the way
Pronunciation Guide
mesos {mes'-os}
TDNT Reference   Root Word
Not Available   from 3326
Part of Speech
adj
Outline of Biblical Usage
1) middle 2) the midst 3) in the midst of, amongst

The Restrainer is the ENERGY OF SATAN
{POWER & VIGOR} Satan only has energy

of the world YHWH RULES the world.
Satan only has energy until the second advent of YAHSHUA Messiah.

**May YHWH Bless you**

    Joey Dee

you are a part of rev 17:17 with The United States.
Joseph D'Alessandro
23136 Prince George Drive
Lewes, Delaware 19958
(302)-945-1554

*[signed] Joseph D'Alessandro*



Mrs. Olga Dalessandr
23136 Prince George DR
Lewes DE 19958

WILMINGTON DE 197
13 NOV 2006 PM 3 T

19801433319-18 012

Chief Court Clerk, U.S. District Court Of Delaware
Mr. Peter Dalleo
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801