Honorable Judge Sleet:                    Thursday, 23 November, 2006

I had a case aganist the State of Delaware, the Legislaters ignored the Delaware State Constitution. You ignored that point of Law.

I do not leave in a police State. The State Police have no authority to enter my House or property, in domestic and/or domestic violence affairs by Sussex County Residents. The State Police must be accompanied by the Sheriff and/or deputy a second in command.

# I DO NOT LIVE IN A POLICE STATE

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

1:06-cv-00435-GMS D'Alessandro v. State of Delaware et al
Gregory M. Sleet, presiding
Date filed: 10/17/2006
Date terminated: 11/16/2006 Date of last filing: 11/20/2006

## Motion to reopen cases as follows

Under Federal Law Federal Rules of Civil Procedure & Substantive Due Rights

VII. JUDGMENT Rule 60.

Rule 60. Relief from Judgment or Order

(b) Mistakes; Inadvertence; Excusable Neglect; Newly Discovered Evidence; Fraud, Etc.

FILED
NOV 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## Delaware State Constitution

You & The State Of Delaware Legislators have ignored and/or violated The State of Delaware Constitution

## The State of Delaware Constitution
ARTICLE. XV MISCELLANEOUS

## § 1. Conservators of the peace.

**Section 1. The Chancellor, Judges and Attorney-General shall be conservators of the peace throughout the State; and the <u>Sheriffs shall be conservators of the peace within the counties respectively in which they reside.</u>**

**The Sheriff is the conservator of the peace in Sussex County not the State Police**

Joseph D'Alessandro
23136 Prince George Drive
Angola Estates
Lewes, Delaware 19958-9342

(302)-945-1554

*[signature: Joseph D'Alessandro]*

WILMINGTON DE 197
24 NOV 2006 PM 3 T

Chief Court Clerk, U.S. District Court Of Delaware
Mr. Peter Dalleo
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801

Olga D'Alessandro
23136 Prince George Drive
Lewes, DE 19958-5241

